# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Richard Thompson,** | **Case No. 1:18cv1938** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **Andrew Saul,** **Commissioner of Social Security,** | **MEMORANDUM OPINION AND ORDER** |
| **Defendant** | |

On August 6, 2019, the Court issued a Memorandum Opinion & Order vacating and remanding the final decision of the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four. (Doc. No. 15, 16.) On October 30, 2019, the parties filed a Joint Stipulation to Award EAJA Fees in the total amount of $3,450.00. (Doc. No. 17.)

Plaintiff is hereby awarded EAJA fees in the total stipulated amount of $3,450.00. This award will fully satisfy any and all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case. Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment

duly signed by Plaintiff and her counsel.[1] Defendant will direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

**IT IS SO ORDERED.**

Date:  October 30, 2019

*s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

---

[1] The Court notes that the Transcript filed in this case contains a Social Security Attorney Fee Agreement dated March 7, 2017. (Doc. No. 9 at Tr. 114.) Therein, Plaintiff consents to have all EAJA fees paid to his attorneys. (*Id*.)